```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SUE BROWN, ET AL.,                                           :
                                      Plaintiffs,            :
                                                             :        21 Civ. 10492 (LGS)
                  -against-                                  :
                                                             :              **ORDER**
CITY OF NEW YORK, ET AL.,                                    :
                                      Defendants.            :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on February 9, 2022, on (1) Plaintiff's motion for a temporary restraining order and preliminary injunction and (2) other pending requests in the above-captioned action. It is hereby

**ORDERED** that, for the reasons stated at the conference, Plaintiffs' motion for a temporary restraining order and for a preliminary injunction is DENIED without prejudice. It is further

**ORDERED** that the parties' joint request for a stay of discovery pending the outcome of Defendants' anticipated motions to dismiss is GRANTED. It is further

**ORDERED** that, for the reasons stated at the conference, Plaintiffs' request for leave to file a motion for class certification at this time is DENIED without prejudice. It is further

**ORDERED** that Plaintiffs' request for leave to file an amended complaint is GRANTED. Plaintiffs shall file an amended complaint by **March 25, 2022**. It is further

**ORDERED** that Defendants shall file their motions to dismiss by **April 22, 2022**. Defendants' memoranda of law in support of their motions shall not exceed fifty pages in total. Defendants shall jointly brief issues common to the State and City Defendants across their two memoranda of law, allocating pages between the two briefs as they see fit. It is further

**ORDERED** that Plaintiffs shall file their memorandum of law in opposition, not to exceed fifty pages, by **May 27, 2022**. It is further

**ORDERED** that Defendants shall file their reply memoranda of law by **June 10, 2022**. Defendants' reply memoranda of law shall not exceed twenty pages in total. Defendants shall allocate the pages as they see fit. It is further

**ORDERED** that Plaintiffs are relieved of their obligation to respond to the letter at Dkt. No. 51.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 45, 46, 51, 57 and 58.

Dated: February 9, 2022
      New York, New York

                                                       LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE